Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
PHILLIPS & JORDAN, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   21 MC 100 (AKH)

CIPRIANO NIGRO (AND WIFE, LORI NIGRO),

Index No.: 06-CV-14923

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

Plaintiff(s),

-against-

**ELECTRONICALLY FILED**

A RUSSO WRECKING, *et al.*,

Defendant(s).
-------------------------------------------------------------X

PLEASE TAKE NOTICE that Defendant, PHILLIPS & JORDAN, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated November 5, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 100 (AKH).

WHEREFORE, the defendant, PHILLIPS & JORDAN, INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       November 8, 2007

          Yours etc.,

          McGIVNEY & KLUGER, P.C.
          Attorneys for Defendant
          PHILLIPS & JORDAN, INC.

          By: _____
          Richard E. Leff (RL-2123)
          80 Broad Street, 23rd Floor
          New York, New York 10004
          (212) 509-3456

TO: WORBY GRONER & NAPOLI BERN, LLP
   Plaintiffs Liaison
   In Re Lower Manhattan Disaster Site
   Litigation
   115 Broadway, 12th Floor
   New York, New York 10006
   (212) 267-3700

   All Defense Counsel